THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ORVILLE EARL BOOTH, Defendant-Appellant.

(No. 72-193;

Second District—May 3, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (James W. Jerz, of counsel,) for the People.